# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL NO. 3:20-CR-27 (CAR) |
| | : |
| JOSHUA COCHRAN, | : VIOLATION(S): |
| | : 21 U.S.C. § 841(a)(1) |
| Defendant. | : 21 U.S.C. § 841(b)(1)(B)(viii) |
| | : 18 U.S.C. § 924(c)(1)(A) |
| | : 18 U.S.C. § 922(g)(1) |
| | : 18 U.S.C. § 924(a)(2) |
| | : 21 U.S.C. § 853 |
| | : 18 U.S.C. § 924(d)(1) |
| | : 28 U.S.C. § 2461(c) |
| | : |
| | : SUPERSEDING INDICTMENT |
| | : |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Possession with Intent to Distribute Methamphetamine)

That on or about May 1, 2020, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

### JOSHUA COCHRAN,

defendant herein, aided and abetted by persons known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to wit: 5 grams or more of methamphetamine; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWO
### (Possessing a Firearm in furtherance of a Drug Trafficking Crime)

That on or about May 1, 2020, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**JOSHUA COCHRAN,**

defendant herein, did knowingly possess a firearm, to wit: one (1) Kahr Arms 9mm caliber pistol, Model: CM9, Serial Number: IS0791, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense set forth in Count One of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE
### (Possession of a Firearm by a Convicted Felon)

That on or about May 1, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JOSHUA COCHRAN,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit: one (1) Kahr Arms 9mm caliber pistol, Model: CM9, Serial Number: IS0791; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR
### (Possession with Intent to Distribute Methamphetamine)

That on or about October 12, 2020, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**JOSHUA COCHRAN,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to wit: 5 grams or more of methamphetamine; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## FORFEITURE NOTICE
### (21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1. The allegations contained in Counts One through Four of this Superseding Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 853, and/or Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B)(viii) set forth in Counts One and Four; Title 18, United States Code, Section 924(c)(1)(A) set forth in Count Two; and/or Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) set forth in Count Two of this Indictment, the defendant,

### JOSHUA COCHRAN,

shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of, the offense(s), and/or any firearms and ammunition involved in the commission of the offense(s), pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

_____
MIKE MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 10 day of February, AD 2021.

_____
Deputy Clerk